AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHNNY LEE VARNER,

          Plaintiff,

                                                        JUDGMENT IN A CIVIL CASE

          v.

JEFFREY UTTECHT and SANDI JACOBSON,
          Defendants.                        CASE NUMBER: CV-07-5061-EFS


☐   **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒   **Decision by Court. This action came to**  hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motion to Dismiss for Failure to Exhaust entered on September 17, 2008, Ct. Rec. 40.


September 17, 2008                           JAMES R. LARSEN
_____                     _____
*Date*                                      *Clerk*
                                            s/ Cora Vargas
                                            _____
                                            *(By) Deputy Clerk*
                                            Cora Vargas